UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDUARDO LOPEZ MONTES,<br>Plaintiff,<br>v.<br>COMMISSIONER OF SOCIAL SECURITY,<br>Defendant. | Case No. 1:26-cv-03030-FJS<br><br>ORDER DIRECTING CLERK OF COURT TO ASSIGN DISTRICT JUDGE |

Pursuant to paragraph (j) of the automated case assignment plan, Appendix A to the Local Rules of the United States District Court, Eastern District of California, this case was randomly assigned directly to Magistrate Judge Frank J. Singer. On July 29, 2026, Plaintiff Eduardo Montes filed a stipulated motion to remand. (ECF No. 12.) Without the written consent of all parties, pursuant to 28 U.S.C. § 636(c), a magistrate judge cannot conduct all proceedings or enter judgment in this case. As there has been no written consent of all parties at this time, the parties' motion should be granted or denied by the to-be-assigned district judge. Accordingly, the clerk of court is DIRECTED to assign a district judge to this case.

IT IS SO ORDERED.

Dated: **July 29, 2026**

UNITED STATES MAGISTRATE JUDGE