ERIC GRANT
United States Attorney
MATHEW W. PILE
Executive Counsel for Litigation 1
Social Security Administration | Law & Policy
JOSEPH LANGKAMER PA SBN # 208286
Special Assistant United States Attorney
Program Litigation 1
Social Security Administration | Law & Policy
6401 Security Boulevard
Baltimore, MD 21235
Telephone: (206) 615-2212
Email: Joseph.Langkamer@ssa.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDUARDO LOPEZ MONTES,<br><br>Plaintiff,<br><br>vs.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>Defendant. | Civil No. 1:26-CV-03030-FJS<br><br>STIPULATION TO VOLUNTARY REMAND PURSUANT TO SENTENCE FOUR OF 42 U.S.C. § 405(g); ORDER |

IT IS HEREBY STIPULATED, by and between the parties, through their respective counsel of record, with the approval of the Court, that this action be remanded for further administrative proceedings pursuant to sentence four of 42 U.S.C. § 405(g).

On remand, the Commissioner will take further action to develop the administrative record, as necessary, offer the claimant the opportunity for a hearing, and issue a new decision.

The parties further request that the Clerk of the Court be directed to enter a final judgment in favor of Plaintiff, and against Defendant, reversing the final decision of the Commissioner.

Respectfully submitted,

Dated: July 29, 2026

FRANCESCO P. BENAVIDES

By: */s/ Francesco P. Benavides**
FRANCESCO P. BENAVIDES
Attorney for Plaintiff
*As authorized by e-mail on July 29, 2026

Dated: July 30, 2026

ERIC GRANT
United States Attorney

MATHEW W. PILE
Executive Counsel for Program Litigation 1
Social Security Administration | Law & Policy

By: */s/ Joseph Langkamer*
JOSEPH LANGKAMER
Special Assistant United States Attorney
Program Litigation 1
Social Security Administration | Law & Policy

Attorneys for Defendant

**ORDER**

Based upon the stipulation, this action is remanded to the Commissioner of Social Security for further proceedings pursuant to sentence four of 42 U.S.C. 405(g).

The Clerk of the Court is directed to enter judgment in favor of plaintiff Eduardo Lopez Montes and against defendant Commissioner of Social Security. The Clerk of the Court is also directed to terminate any pending motions and close this case.

IT IS SO ORDERED.

Dated: July 30, 2026

UNITED STATES DISTRICT JUDGE